**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6275

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SAMUEL EDDIE PHEASANT,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Martin K. Reidinger, Chief District Judge.  (2:06-cr-00025-MR-1)

Submitted:  September 28, 2023                    Decided:  October 3, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Eddie Pheasant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Eddie Pheasant appeals the district court's order denying his motion for compassionate release. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Accordingly, we affirm the district court's order. *United States v. Pheasant*, No. 2:06-cr-00025-MR-1 (W.D.N.C. Mar. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*